Otto A. Larson, Respondent, v. New York Car Wheel Company, Appellant. — Judgment and order affirmed, with costs. All concurred.

Percy Worden, an Infant, by John S. Worden, His Guardian ad Litem, Respondent, v. Skenandoa Cotton Company, Appellant. — Judgment and order affirmed, with costs. All concurred.

Max H. C. Brombacher, Respondent, v. B. F. Sturtevant Company, Appellant. (Actions Nos. 1, 2 and 3.) — Judgments and orders affirmed, with costs. All concurred.

Stella Sosinski, Appellant, v. The City of Dunkirk, Respondent. — Judgment reversed and new trial ordered, with costs to appellant to abide event. Held, that the questions of negligence and contributory negligence under the evidence were for the jury and should not be determined by the court. All concurred, except McLennan, P. J., and Robson, J., who dissented upon the ground that the evidence fails to establish negligence on the part of the defendant.

Thomas Earnshaw, Respondent, v. Peter Valentine, Appellant. — Judgment affirmed, with costs. All concurred.

Joseph Brown, Respondent, v. Madaline Cadro, Appellant. — Judgment and order affirmed, with costs. All concurred, except Robson, J., who dissented.

Joseph Czaja, Respondent, v. William J. Conners, Appellant. — Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., and Kruse, J., who dissented upon the ground that the plaintiff was not injured because of the improper piling of the box which struck him, nor was the defendant shown negligent respecting any custom of piling of freight.

Susan E. Wegg, as Administratrix, etc., of George Wegg, Deceased, Appellant, v. The Town of Watson, Respondent. — Judgment and order affirmed, with costs. All concurred.